UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
:
IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION:    04 M.D. 1598 (JSR)
:                                                                                  C\V. 06-4772 KSH
:
-----------------------------------------------------------------X
PERTAINS SPECIFICALLY TO: 1:06-cv-13046 (JSR);
RUSSELL WILBURN v. N.V.E., Inc., et al.

### ORDER SUGGESTING REMAND

All pretrial proceedings in this case having been completed, the parties' request for a Suggestion of Remand is hereby GRANTED. Clerk to close case.

Date: 2/14/08        SO ORDERED

_____
Judge Jed Rakoff
United States District Judge
Southern District of New York

Consent:

_____
Russell S. Briggs
Attorney for Plaintiff Russell Wilburn

_____
Erich J. Gleber
Attorney for Defendant BDI, Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-15-08

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____ DEPUTY CLERK